E-filing

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name LIBBETT CARISHA C
(Last) (First) (Initial)

Prisoner Number X10787

Institutional Address VALLY STATE PRISON FOR WOMEN C2/2/4Low
P.O. Box 92, CHOWCHILLA CA 93610-0092

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CARISHA CAREE LIBBETT
(Enter the full name of plaintiff in this action.)

vs.

LINDA CONCKRAL, WARDEN (A)

(Enter the full name of respondent(s) or jailor in this action)

Case No. C 07 2884 SI
(To be provided by the clerk of court) (PR)

**PETITION FOR A WRIT OF HABEAS CORPUS**

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

SANTA CLARA SUPERIOR — SAN JOSE

Court — Location

(b) Case number, if known CC 467663

(c) Date and terms of sentence 1/7/05 LIFE WITH THE POSSIBILITY OF PAROLE

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✓ No ____

Where?

Name of Institution: VALLY STATE PRISON FOR WOMEN

Address: P.O. BOX 92, CHOWCHILLA CA 93610-0092

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

KIDNAPING TO COMMIT ROBERY / SUBDIVISION SECTION: 209 (b) (1)

3. Did you have any of the following?

Arraignment: Yes ✓ No ____

Preliminary Hearing: Yes ✓ No ____

Motion to Suppress: Yes ✓ No ____

4. How did you plead?

Guilty ____ Not Guilty ✓ Nolo Contendere ____

Any other plea (specify) ____

5. If you went to trial, what kind of trial did you have?

Jury ✓ Judge alone____ Judge alone on a transcript ____

6. Did you testify at your trial? Yes ____ No ✓

7. Did you have an attorney at the following proceedings:

(a) Arraignment Yes ✓ No ____

(b) Preliminary hearing Yes ✓ No ____

(c) Time of plea Yes ✓ No ____

(d) Trial Yes ✓ No ____

(e) Sentencing Yes ✓ No ____

(f) Appeal Yes ✓ No ____

(g) Other post-conviction proceeding Yes ✓ No ____

8. Did you appeal your conviction? Yes ✓ No ____

(a) If you did, to what court(s) did you appeal?

Court of Appeal Yes ✓ No ____

Year: 05 Result: DENIED

Supreme Court of California Yes ✓ No ____

Year: 07 Result: DENIED

Any other court Yes ____ No ✓

Year: ____ Result: ____

(b) If you appealed, were the grounds the same as those that you are raising in this

petition? Yes ✓ No____

(c) Was there an opinion? Yes ✓ No____

(d) Did you seek permission to file a late appeal under Rule 31(a)?

Yes ____ No ✓

If you did, give the name of the court and the result:

______________________________________________

______________________________________________

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes ____ No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.______________________________________

b.______________________________________

c.______________________________________

d.______________________________________

Result: ______________________ Date of Result:__________

II. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.________________________________________

b.________________________________________

c.________________________________________

d.________________________________________

Result: ________________________ Date of Result:__________

III. Name of Court: __________________________________

Type of Proceeding: ________________________________

Grounds raised (Be brief but specific):

a.________________________________________

b.________________________________________

c.________________________________________

d.________________________________________

Result: ________________________ Date of Result:__________

IV. Name of Court: __________________________________

Type of Proceeding: ________________________________

Grounds raised (Be brief but specific):

a.________________________________________

b.________________________________________

c.________________________________________

d.________________________________________

Result: ________________________ Date of Result:__________

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ____ No ✓

Name and location of court: ________________________________

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: A VIOLATION OF THE 5th AND AMENDS DUE TO A WRONGFUL CONVICTION OF KIDNAPPING FOR ROBBERY

Supporting Facts: WHERE INSUFFICIENT EVEDENCE SHOWS NO PERIL TO THE MOVEMENT WENT "BEYOND THAT MERELY INCIDENTIAL TO THE COMMISSION OF THE UNDERLYING OFFENSE" AN ELEMENT REQUIRED BY SECTION 209-(b)(5).

Claim Two: A VIOLATION OF FIFTH, SIXTH AND FOURTEENTH AMENDMENTS.

Supporting Facts: THE STATE COUNTERPARTS, VIOLATED WHEN TRIAL COURT UPHELD MY CONVICTION OF KIDNAPPING FOR ROBBERY WITH NO PERIL UNDER PC SECTION 209(b) RELYING ON THE GROUND THE MOVEMENT WAS INCIDENTIAL TO THE ALREADY COMMITTED BATHROOM ROBBERY

Claim Three: A VIOLATION OF FIFTH, SIXTH AND FOURTEETH AMENDMENTS.

Supporting Facts: BY RULING THAT APPELLANT LIBBETT VIOLATED SECTION 209(b) KIDNAPPING FOR ROBBERY BECAUSE HER MOVEMENT OF THE VICTIM WAS INCIDENTAL TO THE ALREADY COMMITTED FIRST ROBBERRY AND NOT DETERMINING WHETHER THE MOVEMENT WAS INCICIDENTAL TO AN INTENDED SECOND ROBBERY

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

CALDERON V. COLEMAN (1998) 525 U.S. 141, DELGADO V. UNITED STATES (9th CIR. 1964) 327 F.2d 641., ESTELLE V. MCGUIRE (1991) 502 U.S. 62, JACKSON V. VIRGINIA (1979) 443 U.S. 307. LANKFORD V. IDAHO (1991) 500 U.S. 110., SANDSTORM V. MONTANA

Do you have an attorney for this petition? Yes____ No ✓

If you do, give the name and address of your attorney:

___

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on May 22nd, 07
Date

[signature]
Signature of Petitioner

(Rev. 6/02)