FILED
07 JUN -4 PM 1:03
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARISHA C LIBBETT

        Plaintiff,

vs.

        Defendant.

CASE NO. C 07 2884 SI (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, \_\_\_\_\_LIBBETT\_\_\_\_\_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes \_\_\_    No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____    - 1 -

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)

3 _____

4 _____

5 _____

6 2. Have you received, within the past twelve (12) months, any money from any of the following
7 sources:

8     a. Business, Profession or        Yes ___ No ✓
9         self employment

10     b. Income from stocks, bonds,        Yes ___ No ✓
11         or royalties?

12     c. Rent payments?        Yes ___ No ✓

13     d. Pensions, annuities, or        Yes ___ No ✓
14         life insurance payments?

15     e. Federal or State welfare payments,        Yes ___ No ✓
16         Social Security or other govern-
17         ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.

20 _____

21 _____

22 3. Are you married?        Yes ___ No ✓

23 Spouse's Full Name: _____

24 Spouse's Place of Employment: _____

25 Spouse's Monthly Salary, Wages or Income:

26 Gross $_____ Net $_____

27 4.     a. List amount you contribute to your spouse's support : $ _____

28     b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.   Do you own or are you buying a home?            Yes ____ No ✓
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?                       Yes ____ No ✓
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No ✓ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)   Yes ____ No ✓
18 _____
19 8.   What are your monthly expenses?
20 Rent: $ _____ Utilities: _____
21 Food: $ _____ Clothing: _____
22 Charge Accounts:
23 Name of Account         Monthly Payment           Total Owed on This Acct.
24 _____          $ _____          $ _____
25 _____          $ _____          $ _____
26 _____          $ _____          $ _____
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -


10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?          Yes ___  No  /

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

   I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          _____
        DATE                                    SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No. _____           - 4 -

1
2                                              **Case Number:** _____
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                         **IN**
11                              **PRISONER'S ACCOUNT**
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _____ for the last six months at
15                                      [prisoner name]
16   _____ where (s)he is confined.
17           [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ _____ and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $_____.
21
22   Dated:_____                        _____
23                                              [Authorized officer of the institution]
24
25
26
27
28

- 5 -