1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DANE R. GILLETTE
Chief Assistant Attorney General
3 GERALD A. ENGLER
Senior Assistant Attorney General
4 GREGORY A. OTT
Deputy Attorney General
5 PEGGY S. RUFFRA
Supervising Deputy Attorney General
6 State Bar No. 117315
  455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
  Telephone: (415) 703-1362
8   Fax: (415) 703-1234
  Email: peggy.ruffra@doj.ca.gov
9 Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| **CARISHA CAREE LIBBETT,** | C 07-2884 SI |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| **v.** | |
| **LINDA CONDRON, Warden,** | |
| Respondent. | |

19        Respondent hereby provides this answer to the Order to Show Cause why the petition for

20 writ of habeas corpus should not be granted.

21                                    **I.**

22                                 **CUSTODY**

23        Petitioner is lawfully in the custody of Linda Condron, Warden of Valley State Prison for

24 Women in Chowchilla, California, as a result of a judgment of conviction in Santa Clara County

25 Superior Court in Case No. CC467663.  A jury found petitioner guilty of three counts of robbery,

26 kidnapping to commit robbery, and a lesser included offense of misdemeanor assault.  The jury

27 found not true an allegation that petitioner was armed during the robbery and kidnapping.  The trial

28 court sentenced petitioner to life with possibility of parole, plus four years.

Answer to Order to Show Cause - C 07-2884 SI

1

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law.  Respondent specifically denies that there was insufficient evidence to support the conviction of kidnapping for robbery.

## III.

## PROCEDURAL ISSUES

Petitioner's claim is exhausted.  The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) Clerk's Transcript (2 volumes); (2) Reporter's Transcript (5 volumes); (3) Appellant's Opening Brief; (4) Respondent's Brief; (5) Appellant's Reply Brief; (6) Opinion by California Court of Appeal; (7) Order Modifying Judgment; (8) Petition for Review; and (9) Docket of California Supreme Court showing review denied.

## V.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

Answer to Order to Show Cause - C 07-2884 SI

1                                          **VI.**

2                                    **CONCLUSION**

3          Respondent respectfully requests that the petition for writ of habeas corpus be denied.

4

5          Dated:  November 20, 2007

6                                    Respectfully submitted,

7                                    EDMUND G. BROWN JR.
                                     Attorney General of the State of California

8                                    DANE R. GILLETTE
                                     Chief Assistant Attorney General

9
                                     GERALD A. ENGLER
                                     Senior Assistant Attorney General
10

11                                   GREGORY A. OTT
                                     Deputy Attorney General

12

13
                                      /S/  PEGGY S. RUFFRA
14                                   Supervising Deputy Attorney General

                                     Attorneys for Respondent
15

16    PSR/cfl
      SF2007402489
      40188703.wpd
17

18

19

20

21

22

23

24

25

26

27

28

Answer to Order to Show Cause - C 07-2884 SI