1  EDMUND G. BROWN JR.
    Attorney General of the State of California
2  DANE R. GILLETTE
    Chief Assistant Attorney General
3  GERALD A. ENGLER
    Senior Assistant Attorney General
4  GREGORY A. OTT
    Deputy Attorney General
5  PEGGY S. RUFFRA
    Supervising Deputy Attorney General
6  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-1362
8    Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
    **CARISHA CAREE LIBBETT,**               C 07-2884 SI
14
                              Petitioner,    **NOTICE OF LODGED EXHIBITS**
15
         v.
16
    **LINDA CONDRON, Warden,**
17
                              Respondent.
18

19      (1) Clerk's Transcript (2 volumes)

20      (2) Reporter's Transcript (5 volumes)

21      (3) Appellant's Opening Brief

22      (4) Respondent's Brief

23      (5) Appellant's Reply Brief

24      (6) Opinion by California Court of Appeal

25      (7) Order Modifying Judgment

26      (8) Petition for Review

27      (9) Docket of California Supreme Court showing review denied.

28

Notice of Lodged Exhibits  - C 07-2884 SI

1

1     Dated: November 20, 2007

2                      Respectfully submitted,

3                      EDMUND G. BROWN JR.
                      Attorney General of the State of California

4                      DANE R. GILLETTE
                      Chief Assistant Attorney General

5

6                      GERALD A. ENGLER
                      Senior Assistant Attorney General

7                      GREGORY A. OTT
                      Deputy Attorney General

8

9

10                     /s/   PEGGY S. RUFFRA
                      Supervising Deputy Attorney General

11                     Attorneys for Respondent

12 PSR/cfl
SF2007402489
13 40188701.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Lodged Exhibits  - C 07-2884 SI