UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARISHA CAREE LIBBETT,

    Plaintiff,

v.

LINDA CONDRON et al,

    Defendant.

Case Number: CV07-02884 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carisha Caree Libbett X-10787
Valley State Prison for Women
C2 2 4 Low
P.O. Box 92
Chowshilla, CA 93610-0092

Dated: July 22, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk
*/s/ Sutton*