UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARISHA CAREE LIBBETT,<br><br>    Petitioner,<br><br>  v.<br><br>LINDA CONDRON, Warden,<br><br>    Respondent.<br>_____ / | No. C 07-2884 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 21, 2008

                                         SUSAN ILLSTON<br>                                 United States District Judge